**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JERRY WILLIAM MUNDELL, | No. CV 12-3104-GHK(CW) |
| Petitioner, | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| JEFFREY BEARD, Secretary, CDCR, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No written Objections to the Report and Recommendation have been filed. The Court accepts the findings and recommendations of the Magistrate Judge. **IT IS THEREFORE ORDERED** that judgment be entered dismissing this action with prejudice.

DATED:   11/17/14

GEORGE H. KING
Chief United States District Judge