1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12    JERRY WILLIAM MUNDELL,        )    No. CV 12-3104-GHK(CW)
                                     )
13                  Petitioner,      )    JUDGMENT
                                     )
14            v.                     )
                                     )
15    JEFFREY BEARD, Secretary, CDCR,)
                                     )
16                  Respondent.      )
                                     )
17    _____)

18        **IT IS ADJUDGED** that the petition for writ of habeas corpus is

19    denied and the action dismissed with prejudice.

20

21    DATED:   __11/17/14__

22                                   _____

23                                        GEORGE H. KING
                                     Chief United States District Judge

24

25

26

27

28